RECEIVED
OCT 20 2017
Court of Appeals
of the State of Georgia
Macon S.P.

11 CV 222

FILED & RECORDED
CLERK OF SUPERIOR COURT
MACON COUNTY, GA

2017 OCT 18 PM 4: 25

*Juanita M. Zeller*
CLERK OF SUPERIOR COURT

ATLANTA, October 18, 2017

*The Court of Appeals hereby passes the following order*

**A18A0444. SHELTON R. THOMAS v. BRIAN OWENS et al..**

Upon consideration of the APPELLANT'S motion FOR PERMISSION TO WITHDRAW THE APPEAL in the above styled case, it is ordered that the motion is hereby GRANTED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, October 18, 2017.*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen*, Clerk.

Exhibit 1