Court Of Appeals Of Georgia

Shelton R. Thomas
             Plaintiff,
vs

Brian Owens, et al.,
             Defendants.

Appeal Case No. A18A0444

Notice To Dismiss

Notice Is Hereby Given pursuant to Rule 41(d) Georgia Court of Appeals Rules that the Plaintiff in the above entitled appeal hereby move for dismissal of his appeal due to the matter has been resolve to his satisfaction (legal Materials Returned).
Dated this 11th day of October, 2017.

Shelton R. Thomas
Shelton R. Thomas, GDC# 1000444546
Macon State Prison
P.O. Box 426
Oglethorpe, GA 31068
Plaintiff, pro se

Copy of the foregoing mailed this 11th day of Oct. 2017, to:

Susan L. Rutherford
Senior Assistant Attorney General
Dept. of Law
40 Capitol Square, S.W.
Atlanta, GA 30334-1300

Exhibit 2