Court Of Appeals Of Georgia

Shellon R. Thomas,
    Plaintiff,
vs.
Brian Owens, et al.,
    Defendants.

Appeal Case No- A18A0444

Motion To Dismiss

Plaintiff in the above entitled appeal hereby move this Court to dismiss the appeal for the reason set forth in the accompanying Notice to Dismiss.

Respectfully Submitted this 11th day of October, 2017.

              _Shellon R. Thomas_
              Shellon R. Thomas, GDC# 1000444546
              Macon State Prison
              P.O. Box 426
              Oglethorpe, GA 31068
              Plaintiff, pro se

Copy of the foregoing mailed this 11th day of Oct. 2017, to:
Susan L. Rutherford
Senior Assistant Attorney General
Dept. of Law
40 Capitol Square, S.W.
Atlanta, GA 30334-1300

Exhibit 3