## COURT OF APPEALS OF GEORGIA
47 Trinity Avenue, S.W., Suite 501
Atlanta, Georgia 30334
(404)656-3450
Business Hours: Monday - Friday, 8:30 a.m. to 4:30 p.m.

**RECEIVED**
OCT 11 2017
Mailroom
Macon S.P.

### NOTICE OF DOCKETING - DIRECT APPEAL

**APPEAL CASE NUMBER: A18A0444**          **DATE OF DOCKETING: October 05, 2017**

**STYLE: SHELTON R. THOMAS v. BRIAN OWENS et al.**

### IMPORTANT RULE REQUIREMENTS AND INFORMATION

**Briefs:** Appellant's brief shall be filed within 20 days of the date on this docketing notice. Appellee's brief shall be filed within 40 days after the docketing date or 20 days after the filing of the appellant's brief whichever is later. Requests for extensions of time to file briefs must be made by motion. Failure to timely file briefs or to follow any Court rules or orders may cause the appeal to be dismissed or may cause non-consideration of a brief and may subject the offender to contempt.

**Filing Fees:** Filing fees accrue upon docketing a case, no appellant's brief shall be received for filing without the $300.00 filing fee except for those Appellants who are: 1) incarcerated and pro se, 2) represented by appointed counsel/public defender, or 3) paupers (with court approved affidavit). If the appeal is disposed of before the brief is filed, the appellant must still pay the filing fee.

**Related Cases:** Attorneys must notify the Court if the above-styled case is related to any other case that is or was docketed in the Court. (E-filers file this as "Information" on the Docket. Hard copy submissions should be by separate letter to the Clerk.)

**Attorneys:** Note that Rule 46 requires that all submissions be via electronic format. E-filing instructions are found at www.gaappeals.us.

**Oral Argument:** A Request for Oral Argument shall be filed within 20 days of the date on this docketing notice. If oral argument is requested and granted, the argument is tentatively scheduled for Feb 13 2018 before the First Division: P. J. Barnes, J. McMillian, J. Reese. A calendar will be sent to counsel of record confirming the exact date of oral argument. If the calendar has not been received at least ten days prior to the tentative oral argument date, please contact the Clerk's office.

**Communications:** There shall be no communications relating to pending appeals with any judge or member of the judge's staff.

Exhibit 4

Shelton R. Thomas
GDC# 1000449546
Macon State Prison
P.O. Box 426
Oglethorpe, GA 31068

Clerk, United States District Court
75 Ted Turner Drive, S.W.
Atlanta, GA 30303-3318

Legal Mail